COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-029-CV

CARPETON MILLS, INC. APPELLANT

V.

SKEET HOOKS AND WIFE, APPELLEES

LINDA
 HOOKS,
 D/B/A FLOORS 

AND WINDOWS PLUS

------------

FROM THE 67TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Unopposed Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: February 3, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.